Motion For The Courts Side
To Run Probation Violation Concurrent!

1-8-05

United States District Court
Southern District of Texas
FILED
JAN 14 2005
Michael N. Milby
Clerk of Court

Dear Honorable Judge Hayden W. Head JR.

Hi! My Name is Ernesto Arevalo Tijerina D.O.B. 1-7-73 Federal Reg.# 66852-077 I'm Presently Incarcerated at F.C.I. Oxford, W.I.

Your Honorable Judge with all due respect I come before this honorable court to ask if you dear Judge or Prosecuting attorneys office could Please re-consider my probation violation to run concurrent with my new case /Case# 2:00CR00260-001.-

When I got sentenced on November 16, 2001 this honorable Court Imposed an 18 months sentence to run consectively to my 120 month sentence, so I'm doing 138 months in all, your Honor Dear Judge Hayden W. Head JR. I've already served 75% of my time I believe I've done 54 months on my sentence so far. Since my Incarceration I've lost all I've got property and assits, My wife Divorced me I tryed hard to save my marriage. I Love my wife and kids your Honor I most humbly pray this honorable Court can please reconsider my 18months to run Concurrent Please. I know I commited a crime and must pay the consiquences, your honor my Kids are growing up without me and I want to work out my marriage My kids need their father figure and my financial

support and all my love I will give them continuely throughout my life.

I have not only learned the difference between right and wrong but also my loyalties to society and my kids and family. I will for ever be in your debt if and when your honorable court can reconsider my 18 months supervised Release probation violation to please run concurrent instead of consective so I can go home to my kids sooner please My mom also pasted away 2001 and I have been assaulted 3 times by other Inmates that know my past as a C.I. I have learned the hard way. I most humbly pray this court can please consider this remorseful request. Bye! and may God Bless you all at all times.

I'm very sorry for my crime against society please give me a chance to prove my self Dear Judge!

Sincerely,

/S/

Ernesto Tiberina

66852-079
F.C.I. Oxford Wisconsin
P.O. Box 1000
Oxford, WI.
53952

Federal Correctional Institution
Ernesto Tijerina Reg. #06850-079
P.O. Box 1000
Oxford, WI. 53952

outgoing legal mail

To: Honorable Judge Hayden W. Head, JR.
United States District Court
for The Southern District Division
Corpus Christi, Division
1133 N. Shore line, Rm 208
Corpus Christi, TX.
78401