UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY 09 2008

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA )
)
V. ) CASE NO. #2:00 CR-00260-001
)
ERNESTO TIJERINA, )
        PETITIONER )
)
)
)
)

### MOTION FOR RECOMMENDATION FOR HOME CONFINEMENT
### FOR FINAL 6 TO 8 MONTHS OF SENTENCE

The Petitioner, Ernesto Tijerina, appeals to this Honorable Court for a recommendation to the Bureau of Prisons for the Defendant to serve the final 6 to 8 months of his sentence in home confinement before the completion of 6 months in a halfway house in accordance with the provisions of 18 U.S.C. 3621(b).

The Petitioner, Ernesto Tijerina, would respectfully refer this Honorable Court to a recent ruling in the United States Courts of Appeal, Elwood vs. Jeter 386 F 3d 842, in which Elwood sought and was granted relief in a similar case.

The petitioner would like to submit the following in support for this motion:

Petitioner has maintained clear conduct as of 2004, has been programming, has been attending vocational training courses and self-development groups.

The Petitioner will be also enrolling in the 500 hour Residential Drug Treatment Program as recommended by this Honorable Court.

Petitioner is a non-violent offender who has been incarcerated since July 15, 2000 and poses no threat to society.

Petitioner has lost his mother.

Petitioner would like to be home to assume responsibilities with his wife and family and his elderly father.

Therefore, Petitioner, Ernesto Tijerina, urges this Honorable Court for a Recommendation to the Bureau of Prisons to be placed in home confinement for the final 6 to 8 months of his sentence.

                                                   _____
                                        Ernesto Tijerina, Petitioner, Pro Se

Ernesto Tijerina #66852-079
F.C.I.-Waseca
P.O. Box 1731
Waseca, MN 56093

Cover Page!

Second Chance Law of 2007-2008 for Home Confinment After Release from B.O.P.

Please!

① 🌀

In Accordance to The Second Chance Law
Case # 2:00CR00260-001
For Refrence:
   See Document here in Attatched from Federal Bureau of Prisons You all Dear Honorable Judge Mr. Hyden Head JR might be able to get the document from FBI. in Mcallen Tx. thats in my Federal Bureau of Prisons Central file! The reason I'm writing is to try and get your courts consideration to please consider me for Home Canfienment on my last 6 to 8 mths after my Release from Federal Prison! In my case your Honor The F.B.I. Put a seperation on me From T.S. gangs and Valluco gang and Raza Unida Due to my Past as An Informant I have been Assaulted multiple times by several gang

(2)

members therefore causing me to be sent to prisons far away from my family, and wife and kids I haven't seen my daughter in 8 years since I got arrested and from my present wife I haven't seen my wife and son in 6 years and I am presently Incarserated at F.C.I. Waseca in Waseca, MN. I should be getting around two years short so I'm submitting this motion with plenty of time so I can hopefully get your Courts Consideration for a Recomendation to the B.O.P. for my Placement in home Confinement cause I was told by B.O.P. staff that I would have to Release to another Halfway house

③

In another state! Due to the fact that there might be some T.S. or other Individuals in Texas Halfway house. But if I can only get you to consider me for home confinement so I can Reunit with my Kid wife + Family Please! Thanks for your time and Consideration!

Respectfully
Submitted,
Ernesto Tijerina
/s/

Please Lable my Legal mail sent to me (open in Inmate-presents only) <u>Legal mail</u>
Thank you



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

April 25, 2008

Ernesto Tijerina
Register No. 66852-079
Federal Correctional Institution
P.O. 1731
Waseca, MN 56093

Re:   Your Information Request No. 05-8277

Dear Mr. Tijerina:

On March 28, 2008, this office received your correspondence wherein you narrowed your request to only one document.

The records located responsive to your request were created by the Federal Bureau of Investigation (FBI) and are under their control. Pursuant to Title 5, United States Code, Section 552(a)(3) and Title 28, Code of Federal Regulations, Section 16.4(f), we have forwarded your request package to this agency. This referral of your information request is in accordance with §552(a)(6)(B)(iii). You should receive a response from this agency in the near future.

If you consider my response to be a denial of this request, you may administratively appeal to the Assistant Attorney General, pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45, by filing a written appeal within 60 days from the date of this letter. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal," and should be addressed to the Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., Suite 11050, Washington, D.C. 20530-0001.

Sincerely,

Richard W. Schott
Regional Counsel

Tijerina, Ernesto Reg# 60852-079
Federal Correctional Institution Unit C-R-9-6-Lower
P.O. Box 1731
Waseca MN 56093

United States Courts
Southern District of Texas
FILED
MAY 09 2008
Michael N. Milby, Clerk of Court

To:
Clerk of Court
United States district Court
Southern Dist. of Texas
Honorable Judge
Hayden Head JR.
1133 N. Shoreline Rm. 208
Corpus Christi, Tx. 78401

